UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:14-cr-63-FtM-38DNF

AMAURY JIMINEZ BRITO

### FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Federal Rule of Criminal Procedure 32.2(b)(2), the United States moves for a forfeiture money judgment against defendant Amaury Jiminez Brito in the amount of $6,099.00, which represents the amount of proceeds he obtained as a result of the violation charged in Count Two of the Indictment.

The defendant pleaded and was adjudged guilty of Count Two of the Indictment, which charged him with theft of government funds in excess of $1,000, specifically a tax refund check in the amount of $6,099.00 that was the property of the United States Treasury, in violation of 18 U.S.C. § 641.

Being fully advised in the premises, the Court finds that the United States has established that Amaury Jiminez Brito obtained $6,099.00 in proceeds as a result of the offense of conviction as charged in Count Two.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

**It is FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure

32.2(b)(2), defendant Amaury Jiminez Brito is personally liable for a forfeiture money judgment in the amount of $6,099.00, which represents the proceeds he received as a result of the offense charged in Count Two of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the United States is entitled to seek as a substitute asset under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to satisfy the defendant's $6,099.00 forfeiture money judgment.

**ORDERED** in Fort Myers, Florida, on this 26th day of January, 2015.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record