UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.    CASE NO: 2:14-cr-63-FtM-38DNF

AMAURY JIMENEZ BRITO

## ORDER

This matter comes before the Court on review of the file and after consideration of the United States' Unopposed Motion to Amend Judgment (Doc. #104) filed on March 27, 2015 on behalf of co-defendant. In the motion, the Government moved the Court for an Order amending the Judgment in order to specifically recognize the Internal Revenue Service as the recipient of the restitution ordered during sentencing. The Government did not object to amending the Judgment. The Court found good cause and will amend the restitution clause of the Judgment for defendant Amaury Brito to be consistent with co-defendant Yidelka Caceres.

Accordingly, it is now **ORDERED:**

The Court will amend the judgment for defendant Amaury Jimenez Brito to reflect the Internal Revenue Service as the recipient of the restitution ordered during sentencing. The Court will enter the amended judgment under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this March 30, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record